Third Department. March 5, 1913.) In the matter of summary proceedings by Charles Beeny, as agent, against Charles B. Templeton. No opinion. Final order unanimously affirmed, with costs.

In re BENSEL et al. (Supreme Court, Appellate Division, Second Department. February 28, 1913.) In the matter of the application and petition of John A. Bensel and others. Southern Aqueduct Department; sections Nos. 15 and 17.

PER CURIAM. Order affirmed, with $10 costs and disbursements. See, also, 139 N. Y. Supp. 1116.

JENKS, P. J., and BURR, J., dissent, upon the ground of error in overruling the objection to the question appearing at folios 1429–1437 of the record, and upon the further ground that in estimating the consequential damages the commissioners have treated the entire tract as if used for residential purposes, whereas the evidence. discloses that the greater portion thereof is not thus used.

BERGER, Appellant, v. GREAT EASTERN CASUALTY CO., Respondent. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by Max Berger against the Great Eastern Casualty Company. A. B. Nathan, of New York City, for appellant. J. L. Prager, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re BERGMAN. (Supreme Court, Appellate Division, First Department. February 28, 1913.) In the matter of Henry Bergman. No opinion. Referred to official referee. Settle order on notice.

BLACKBURN, Respondent, v. FINUCANE, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 28, 1913.) Action by Lillian Blackburn, an infant, etc., against Bernard E. Finucane, an infant, etc.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents, upon the ground that the evidence fails to establish actionable negligence against the defendant, or that the plaintiff was free from contributory negligence.

BLESSER, Appellant, v. LOEBELSON, Respondent. (Supreme Court, Appellate Division, Second Department. March 14, 1913.) Action by Edward Blesser against Adolph Loebelson. No opinion. Order affirmed, without costs, and without prejudice to a renewal of the motion after the completion of the examination in supplementary proceedings.

In re BLOOMER. (Supreme Court, Appellate Division, First Department. March 14, 1913.) In the matter of Theophilus J. Bloomer. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

BLUMENTHAL, Appellant, v. LONG ISLAND R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. February 14, 1913.) Action by Hyman Blumenthal against the Long Island Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements.

BLUTE, Respondent, v. ENDRESS, Appellant. (Supreme Court, Appellate Division, First Department. February 21, 1913.) Action by Katie A. Blute against Theodore F. Endress. J. B. Coyle, of New York City, for appellant. N. Kalvin, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re BOHAN. (Supreme Court, Appellate Division, First Department. April 4, 1913.) In the matter of Owen W. Bohan. No opinion. Referred to Official Referee. Settle order on notice.

BOHLAND–ALKIER CONST. CO., Appellant, v. PHILLIPS et al., Respondents. (Supreme Court, Appellate Division, First Department. March 14, 1913.) Action by the Bohland-Alkier Construction Company against Abraham S. Phillips and others. A. Rosenstein, of New York City, for appellant. H. Cohen, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BON TON TAILORING CO., Appellant, v. CHAMPION LAUNDRY, Respondent. (Supreme Court, Appellate Division, First Department. March 20, 1913.) Action by the Bon Ton Tailoring Company against the Champion Laundry. S. Meyers, of New York City, for appellant. C. A. Riegelman, of New York City, for respondent.

PER CURIAM. Judgment reversed, and new trial ordered, with costs to appellant to abide event, unless defendant stipulates that the judgment be so modified as to award the plaintiff $116.66, with interest from October 16, 1909, in which event the judgment, as so modified, affirmed, without costs. Settle order on notice. See, also, 139 N. Y. Supp. 1117.

BOVE, Appellant, v. CITY OF ROME, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 5, 1913.) Action by Thomas Bove against the City of Rome. No opinion. Judgment and orders affirmed, with costs.